DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORRIS B. HILL**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2449

[January 12, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432003CF001639.

Torris B. Hill, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and ARTAU, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***